| AO 10 Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) SARIS, PATTI B. | 2. Court or Organization U.S.D.C. MASSACHUSETTS | 3. Date of Report 05/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) DISTRICT COURT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type) ☐ Nomination    Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐   Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address J. J. MOAKLEY U.S. COURTHOUSE 1 COURTHOUSE WAY, SUITE 8110 BOSTON, MA 02210 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE | TRUST #3 (See Part VIII) |
| 2. | CO-TRUSTEE | TRUST #4 (See Part VIII) |
| 3. | CO-TRUSTEE | TRUST #5 |
| 4. | Director | Bottom Line Inc., Boston, MA |
| 5. | Member Board of Directors | Federal Judges Association (FJA) |
| 6. | Director | Codman Academy Foundation Inc, Dorchester, MA |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE, CAMBRIDGE, MA - salary |
| 2. 2015 | HARVARD BUSINESS SCHOOL PUBLISHING, MA - Royalties |
| 3. 2015 | HIGHVISTA STATEGIES LLC, MA - Advisory fee |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Ukrainian Bar Association | September 29-October 4, 2015 | Kiev, Ukraine | Guest speaker | Transportation, meals & lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Venture Investors Fund, LP | | None | J | W | | | | | |
| 2. Tucker Anthony Private Equity Fund I, LP | | None | J | W | | | | | |
| 3. TA Conference LLC | | None | J | W | | | | | See Part VIII |
| 4. Tucker Anthony Private Equity Fund II | D | Distribution | K | W | | | | | |
| 5. Tucker Anthony Private Equity Fund III | D | Distribution | L | U | | | | | |
| 6. Tucker Anthony Private Equity Technology LP | D | Distribution | K | W | | | | | |
| 7. Trust # 5 | F | Dividend | P2 | T | | | | | |
| 8. - Baupost Value Partners LP I | | | | | | | | | |
| 9. - Kensico Offshore Fd Ltd LP | | | | | Redeemed (part) | 04/01/15 | P1 | | See Part VIII |
| 10. - Federated US Treas Cash money market (cash equiv) | | | | | Buy (add'l) | 01/15/15 | P1 | | |
| 11. | | | | | Buy (add'l) | 04/02/15 | P1 | | |
| 12. | | | | | Buy (add'l) | 12/22/15 | K | | |
| 13. | | | | | Sold (part) | 01/09/15 | K | | |
| 14. | | | | | Sold (part) | 02/13/15 | J | | |
| 15. | | | | | Sold (part) | 02/19/15 | L | | |
| 16. | | | | | Sold (part) | 03/03/15 | J | | |
| 17. | | | | | Sold (part) | 03/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/18/15 | J | | |
| 19. | | | | | Sold (part) | 04/14/15 | M | | |
| 20. | | | | | Sold (part) | 04/21/15 | K | | |
| 21. | | | | | Sold (part) | 04/23/15 | J | | |
| 22. | | | | | Sold (part) | 05/13/15 | J | | |
| 23. | | | | | Sold (part) | 05/15/15 | K | | |
| 24. | | | | | Sold (part) | 05/29/15 | N | | |
| 25. | | | | | Sold (part) | 06/04/15 | L | | |
| 26. | | | | | Sold (part) | 06/23/15 | J | | |
| 27. | | | | | Sold (part) | 07/14/15 | K | | |
| 28. | | | | | Sold (part) | 07/16/15 | N | | |
| 29. | | | | | Sold (part) | 08/18/15 | J | | |
| 30. | | | | | Sold (part) | 09/16/15 | K | | |
| 31. | | | | | Sold (part) | 10/09/15 | J | | |
| 32. | | | | | Sold (part) | 10/21/15 | J | | |
| 33. | | | | | Sold (part) | 11/24/15 | J | | |
| 34. | | | | | Sold (part) | 12/22/15 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Independent Franchise Partners US Eq Fd (IFPUX) mutual fund | | | | | Buy (add'l) | 12/18/15 | M | | |
| 36. Trust # 10 | | None | N | W | | | | | |
| 37. - Travelers Life & Annuity Ins Co, universal life insurance | | | | | | | | | |
| 38. Trust # 11 | A | Dividend | P1 | W | | | | | |
| 39. - Sun LIfe Assurance, universal life insurance | | | | | | | | | |
| 40. - Manufacturers Life Ins, universal life (John Hancock) | | | | | | | | | |
| 41. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Sold (part) | 02/11/15 | J | | |
| 42. | | | | | Sold (part) | 12/23/15 | J | | |
| 43. - Artisan Intl Value Fd Inv (ARTKX) mutual fd | | | | | Buy (add'l) | 02/10/15 | J | | |
| 44. | | | | | Buy (add'l) | 11/19/15 | J | | |
| 45. - Driehaus Emg Mkts Growth Fd (DREGX) mutual fd | | | | | Buy (add'l) | 02/10/15 | J | | |
| 46. - FMI Large Cap Fd (FMIHX) mutual fund | | | | | Buy (add'l) | 12/18/15 | J | | |
| 47. - Harding Loevner Intl Equity Fd Ins (HLMIX) mutual fd | | | | | | | | | |
| 48. - NB Equity Income Fd Ins (NBHIX) mutual fd | | | | | Sold (part) | 09/22/15 | J | | See Part VIII |
| 49. - Oak Ridge Small Cap Growth Fd Y (ORIYX) mutual fd | | | | | Sold (part) | 02/10/15 | J | | See Part VIII |
| 50. - Vanguard 500 Index Fd Adm (VFIX) mutual fd | | | | | | | | | |
| 51. - NB High Income Bond Fd Ins (NHILX) mutual fd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - NB Muni Interm Term Bond fd (NMNLX) mutual fd | | | | | Sold | 02/10/15 | J | A | |
| 53. - Ridgeworth Seix Floating Rate Fd Ins (SAMBX) mutual fd | | | | | Buy (add'l) | 12/22/15 | J | | |
| 54. - Vanguard Interm Term T/E Fd Adm (VWIUX) mutual fd | | | | | Buy (add'l) | 02/10/15 | J | | |
| 55. - Vanguard Small Cap Indz Fd Adm (VSMAX) | | | | | Buy (add'l) | 02/10/15 | J | | |
| 56. - Blackrock Strategic Inc Opp Fd Ins (BSIIX) mutual fd (x) | | | | | Buy | 02/10/15 | J | | |
| 57. - Transamerica Intl Small Cap Value Fd (TISVX) mutual fd (x) | | | | | Buy | 09/22/15 | J | | |
| 58. Tucker Anthony Private Equity Fund IV | E | Distribution | L | U | | | | | |
| 59. IRA Rollover | | | O | W | | | | | |
| 60. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | M | T | Buy (add'l) | 09/08/15 | J | | |
| 61. | | | | | Sold (part) | 09/14/15 | L | | |
| 62. | | | | | Sold (part) | 09/15/15 | K | | |
| 63. | | | | | Sold (part) | 09/28/15 | L | | |
| 64. | | | | | Sold (part) | 10/13/15 | M | | |
| 65. | | | | | Sold (part) | 11/16/15 | L | | |
| 66. | | | | | Sold (part) | 11/27/15 | J | | |
| 67. | | | | | Sold (part) | 12/14/15 | L | | |
| 68. | | | | | Sold (part) | 12/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/23/15 | L | | |
| 70. | | | | | Sold (part) | 12/29/15 | K | | |
| 71. - Zoom Information Inc Cl B closely held | | None | J | W | | | | | |
| 72. - Artisan Intl Value Fd Inv (ARTKX) mutual fd (x) | C | Dividend | L | T | Buy | 09/25/15 | L | | |
| 73. | | | | | Buy (add'l) | 11/19/15 | J | | |
| 74. - Dodge & Cox Intl Stock Fd (DODFX) mutual fd (x) | A | Dividend | K | T | Buy | 09/11/15 | J | | |
| 75. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 76. - Driehaus Emg Mkts Growth Fd (DREGX) mutual fd (x) | | None | K | T | Buy | 09/14/15 | J | | |
| 77. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 78. | | | | | Buy (add'l) | 11/25/15 | J | | |
| 79. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 80. - FMI Large Cap Fd (FMIHX) mutual fd (x) | C | Dividend | M | T | Buy | 09/11/15 | K | | |
| 81. | | | | | Buy (add'l) | 10/12/15 | K | | |
| 82. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 83. | | | | | Buy (add'l) | 12/22/15 | L | | |
| 84. - Harding Loevner Intl Equity Fd Ins (HLMIX) mutual fd (x) | A | Dividend | K | T | Buy | 09/11/15 | J | | |
| 85. | | | | | Buy (add'l) | 10/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 87. - Matthews Asia Dividend-Ins (MIPIX) mutual fd (x) | A | Dividend | J | T | Buy | 09/11/15 | J | | |
| 88. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 89. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 90. - Oak Ridge Small Cap Growth-I (ORIYX) mutual fd (x) | A | Dividend | K | T | Buy | 09/11/15 | J | | |
| 91. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 92. | | | | | Buy (add'l) | 12/10/15 | J | | |
| 93. - Transamerica Intl Small Cap Value Fd (TISVX) mutual fd (x) | A | Dividend | K | T | Buy | 09/11/15 | J | | |
| 94. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 95. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 96. | | | | | Buy (add'l) | 12/28/15 | K | | |
| 97. - Vanguard Small Cap Indx Fd Adm (VSMAX) mutual fd (x) | A | Dividend | L | T | Buy | 09/14/15 | J | | |
| 98. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 99. | | | | | Buy (add'l) | 11/13/15 | K | | |
| 100. | | | | | Buy (add'l) | 12/11/15 | K | | |
| 101. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 102. - Vanguard 500 Index Fund Adm (VFIAX) mutual fd (x) | A | Dividend | M | T | Buy | 09/14/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 10/12/15 | K | | |
| 104. | | | | | Buy (add'l) | 11/13/15 | K | | |
| 105. | | | | | Buy (add'l) | 12/14/15 | K | | |
| 106. Battery Ventures VI L.P. | D | Distribution | J | U | | | | | |
| 107. Park St Capl Natural Res Fd L.P. | D | Distribution | M | U | | | | | |
| 108. US Fidenza LLC | | None | K | U | | | | | |
| 109. MFB Northern Trust Co Funds Muni MM cash equiv. | A | Dividend | M | T | | | | | See Part VIII |
| 110. Park St Capital V LP | G | Distribution | N | U | | | | | |
| 111. Plymouth Rock Co Inc OC Cl A - common stock | G | Dividend | P2 | T | | | | | |
| 112. Friends of Lime Rock III LP | E | Distribution | L | W | | | | | |
| 113. Highfields Capital II LP | G | Distribution | N | W | | | | | |
| 114. Park St Natural Resource Fund II Combined (Private Equity) | F | Distribution | N | U | | | | | |
| 115. Park Street Capital VI (Private Equity Fd) | G | Distribution | O | U | | | | | |
| 116. Patron Capital LP II (private equity) | E | Distribution | N | W | | | | | |
| 117. Orion Eruopean Real Estate Fd II, C.V., LP | | None | L | U | | | | | |
| 118. US Dublin LLC | | None | L | U | | | | | |
| 119. Europa Fund II US LP | E | Distribution | N | W | Buy (add'l) | 06/24/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Weston Presidio V LP | G | Distribution | N | W | | | | | |
| 121. NJ Dev Auth Municipal Bds | C | Interest | | | Matured | 03/02/15 | M | | See Part VIII |
| 122. Trust # 18 | G | Distribution | P1 | T | | | | | |
| 123. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 04/10/15 | M | | |
| 124. | | | | | Buy (add'l) | 05/28/15 | L | | |
| 125. | | | | | Buy (add'l) | 08/20/15 | L | | |
| 126. | | | | | Sold (part) | 01/07/15 | J | | |
| 127. | | | | | Sold (part) | 04/13/15 | M | | |
| 128. | | | | | Sold (part) | 06/04/15 | L | | |
| 129. | | | | | Sold (part) | 09/04/15 | L | | |
| 130. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 131. Trust # 19 | G | Distribution | P1 | T | | | | | |
| 132. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 04/10/15 | M | | |
| 133. | | | | | Buy (add'l) | 05/28/15 | L | | |
| 134. | | | | | Buy (add'l) | 08/20/15 | L | | |
| 135. | | | | | Sold (part) | 01/07/15 | J | | |
| 136. | | | | | Sold (part) | 04/13/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 06/04/15 | L | | |
| 138. | | | | | Sold (part) | 09/04/15 | L | | |
| 139.  - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 140.  Trust # 20 | G | Distribution | P1 | T | | | | | |
| 141.  - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 04/10/15 | M | | |
| 142. | | | | | Buy (add'l) | 05/28/15 | L | | |
| 143. | | | | | Buy (add'l) | 08/20/15 | L | | |
| 144. | | | | | Sold (part) | 01/07/15 | J | | |
| 145. | | | | | Sold (part) | 04/13/15 | M | | |
| 146. | | | | | Sold (part) | 06/04/15 | L | | |
| 147. | | | | | Sold (part) | 09/04/15 | L | | |
| 148.  - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 149.  Trust # 21 | G | Distribution | P1 | T | | | | | |
| 150.  - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 04/10/15 | M | | |
| 151. | | | | | Buy (add'l) | 05/28/15 | L | | |
| 152. | | | | | Buy (add'l) | 08/20/15 | L | | |
| 153. | | | | | Sold (part) | 01/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 04/13/15 | M | | |
| 155. | | | | | Sold (part) | 06/04/15 | L | | |
| 156. | | | | | Sold (part) | 09/04/15 | L | | |
| 157. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 158. TA Investors L.P | A | Distribution | | | | | | | See Part VIII |
| 159. Wavemark Inc Ser A pfd stock | D | Distribution | | | | | | | See Part VIII |
| 160. Centerbridge Cap Ptnrs LPs (Priv. Eq) | G | Distribution | P1 | U | | | | | |
| 161. Lime Rock Partners IV LP (combined) (private equities) | E | Distribution | P1 | U | Buy (add'l) | 06/26/15 | J | | |
| 162. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 163. | | | | | Buy (add'l) | 12/24/15 | J | | |
| 164. Park St Cap Priv Eq Fd VII A LP | F | Distribution | N | U | | | | | |
| 165. Park St Cap Natural Res Fd III LP combined (priv Eq) | G | Distribution | P1 | U | Buy (add'l) | 07/23/15 | J | | |
| 166. Polaris Vent Part Entrep Fd V LP | F | Distribution | O | U | | | | | |
| 167. Summit Ptrns Priv Eq Fd VII-A | G | Distribution | O | W | | | | | |
| 168. TA X LP (Priv Eq) | G | Distribution | O | U | | | | | |
| 169. Maricopa Cty, AZ Municipal bds | D | Interest | | | Sold | 12/10/15 | M | C | |
| 170. Minneapolis, MN Municipal bds | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. University Idaho Municipal bds | D | Interest | M | T | | | | | |
| 172. Federated US Treas Cash Rsv cash eq mutual fd | A | Dividend | P1 | T | Buy (add'l) | 01/05/15 | N | | |
| 173. | | | | | Buy (add'l) | 01/07/15 | K | | |
| 174. | | | | | Buy (add'l) | 01/09/15 | M | | |
| 175. | | | | | Buy (add'l) | 01/13/15 | J | | |
| 176. | | | | | Buy (add'l) | 01/16/15 | K | | |
| 177. | | | | | Buy (add'l) | 01/20/15 | K | | |
| 178. | | | | | Buy (add'l) | 01/21/15 | K | | |
| 179. | | | | | Buy (add'l) | 01/26/15 | K | | |
| 180. | | | | | Buy (add'l) | 01/29/15 | M | | |
| 181. | | | | | Buy (add'l) | 01/30/15 | L | | |
| 182. | | | | | Buy (add'l) | 02/02/15 | J | | |
| 183. | | | | | Buy (add'l) | 02/03/15 | K | | |
| 184. | | | | | Buy (add'l) | 02/04/15 | K | | |
| 185. | | | | | Buy (add'l) | 02/05/15 | J | | |
| 186. | | | | | Buy (add'l) | 02/09/15 | J | | |
| 187. | | | | | Buy (add'l) | 02/12/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 02/17/15 | K | | |
| 189. | | | | | Buy (add'l) | 02/23/15 | M | | |
| 190. | | | | | Buy (add'l) | 03/02/15 | J | | |
| 191. | | | | | Buy (add'l) | 03/03/15 | J | | |
| 192. | | | | | Buy (add'l) | 03/04/15 | J | | |
| 193. | | | | | Buy (add'l) | 03/05/15 | J | | |
| 194. | | | | | Buy (add'l) | 03/12/15 | K | | |
| 195. | | | | | Buy (add'l) | 03/17/15 | K | | |
| 196. | | | | | Buy (add'l) | 03/18/15 | K | | |
| 197. | | | | | Buy (add'l) | 03/19/15 | K | | |
| 198. | | | | | Buy (add'l) | 03/23/15 | J | | |
| 199. | | | | | Buy (add'l) | 03/24/15 | J | | |
| 200. | | | | | Buy (add'l) | 03/25/15 | K | | |
| 201. | | | | | Buy (add'l) | 03/27/15 | J | | |
| 202. | | | | | Buy (add'l) | 03/31/15 | M | | |
| 203. | | | | | Buy (add'l) | 04/01/15 | K | | |
| 204. | | | | | Buy (add'l) | 04/02/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 16 of 75

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/13/2016

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 04/06/15 | O | | |
| 206. | | | | | Buy (add'l) | 04/07/15 | M | | |
| 207. | | | | | Buy (add'l) | 04/08/15 | K | | |
| 208. | | | | | Buy (add'l) | 04/10/15 | M | | |
| 209. | | | | | Buy (add'l) | 04/14/15 | O | | |
| 210. | | | | | Buy (add'l) | 04/16/15 | K | | |
| 211. | | | | | Buy (add'l) | 04/17/15 | K | | |
| 212. | | | | | Buy (add'l) | 04/24/15 | J | | |
| 213. | | | | | Buy (add'l) | 04/28/15 | M | | |
| 214. | | | | | Buy (add'l) | 04/29/15 | N | | |
| 215. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 216. | | | | | Buy (add'l) | 05/04/15 | K | | |
| 217. | | | | | Buy (add'l) | 05/05/15 | L | | |
| 218. | | | | | Buy (add'l) | 05/08/15 | J | | |
| 219. | | | | | Buy (add'l) | 05/12/15 | K | | |
| 220. | | | | | Buy (add'l) | 05/14/15 | K | | |
| 221. | | | | | Buy (add'l) | 05/19/15 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 05/20/15 | K | | |
| 223. | | | | | Buy (add'l) | 05/22/15 | K | | |
| 224. | | | | | Buy (add'l) | 05/29/15 | K | | |
| 225. | | | | | Buy (add'l) | 06/01/15 | P1 | | |
| 226. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 227. | | | | | Buy (add'l) | 06/08/15 | K | | |
| 228. | | | | | Buy (add'l) | 06/10/15 | J | | |
| 229. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 230. | | | | | Buy (add'l) | 06/15/15 | L | | |
| 231. | | | | | Buy (add'l) | 06/19/15 | O | | |
| 232. | | | | | Buy (add'l) | 06/23/15 | K | | |
| 233. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 234. | | | | | Buy (add'l) | 06/25/15 | J | | |
| 235. | | | | | Buy (add'l) | 06/26/15 | P1 | | |
| 236. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 237. | | | | | Buy (add'l) | 06/30/15 | K | | |
| 238. | | | | | Buy (add'l) | 07/01/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 07/07/15 | K | | |
| 240. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 241. | | | | | Buy (add'l) | 07/15/15 | M | | |
| 242. | | | | | Buy (add'l) | 07/16/15 | M | | |
| 243. | | | | | Buy (add'l) | 07/20/15 | K | | |
| 244. | | | | | Buy (add'l) | 07/22/15 | J | | |
| 245. | | | | | Buy (add'l) | 07/28/15 | K | | |
| 246. | | | | | Buy (add'l) | 07/30/15 | L | | |
| 247. | | | | | Buy (add'l) | 08/04/15 | K | | |
| 248. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 249. | | | | | Buy (add'l) | 08/13/15 | O | | |
| 250. | | | | | Buy (add'l) | 08/14/15 | M | | |
| 251. | | | | | Buy (add'l) | 08/17/15 | K | | |
| 252. | | | | | Buy (add'l) | 08/18/15 | M | | |
| 253. | | | | | Buy (add'l) | 08/20/15 | K | | |
| 254. | | | | | Buy (add'l) | 08/21/15 | J | | |
| 255. | | | | | Buy (add'l) | 08/26/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 257. | | | | | Buy (add'l) | 09/09/15 | M | | |
| 258. | | | | | Buy (add'l) | 09/10/15 | K | | |
| 259. | | | | | Buy (add'l) | 09/11/15 | O | | |
| 260. | | | | | Buy (add'l) | 09/15/15 | N | | |
| 261. | | | | | Buy (add'l) | 09/18/15 | L | | |
| 262. | | | | | Buy (add'l) | 09/23/15 | M | | |
| 263. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 264. | | | | | Buy (add'l) | 09/29/15 | K | | |
| 265. | | | | | Buy (add'l) | 10/01/15 | M | | |
| 266. | | | | | Buy (add'l) | 10/02/15 | K | | |
| 267. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 268. | | | | | Buy (add'l) | 10/13/15 | L | | |
| 269. | | | | | Buy (add'l) | 10/16/15 | K | | |
| 270. | | | | | Buy (add'l) | 10/19/15 | K | | |
| 271. | | | | | Buy (add'l) | 10/23/15 | L | | |
| 272. | | | | | Buy (add'l) | 10/26/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. | | | | | Buy (add'l) | 10/29/15 | K | | |
| 274. | | | | | Buy (add'l) | 10/30/15 | L | | |
| 275. | | | | | Buy (add'l) | 11/02/15 | M | | |
| 276. | | | | | Buy (add'l) | 11/03/15 | K | | |
| 277. | | | | | Buy (add'l) | 11/04/15 | J | | |
| 278. | | | | | Buy (add'l) | 11/12/15 | O | | |
| 279. | | | | | Buy (add'l) | 11/13/15 | O | | |
| 280. | | | | | Buy (add'l) | 11/17/15 | J | | |
| 281. | | | | | Buy (add'l) | 11/18/15 | K | | |
| 282. | | | | | Buy (add'l) | 11/19/15 | J | | |
| 283. | | | | | Buy (add'l) | 11/23/15 | K | | |
| 284. | | | | | Buy (add'l) | 12/01/15 | K | | |
| 285. | | | | | Buy (add'l) | 12/03/15 | N | | |
| 286. | | | | | Buy (add'l) | 12/14/15 | L | | |
| 287. | | | | | Buy (add'l) | 12/18/15 | L | | |
| 288. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 289. | | | | | Buy (add'l) | 12/22/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | Buy (add'l) | 12/24/15 | N | | |
| 291. | | | | | Buy (add'l) | 12/29/15 | M | | |
| 292. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 293. | | | | | Sold (part) | 01/06/15 | J | | |
| 294. | | | | | Sold (part) | 01/08/15 | K | | |
| 295. | | | | | Sold (part) | 01/09/15 | J | | |
| 296. | | | | | Sold (part) | 01/12/15 | K | | |
| 297. | | | | | Sold (part) | 01/13/15 | J | | |
| 298. | | | | | Sold (part) | 01/15/15 | J | | |
| 299. | | | | | Sold (part) | 01/20/15 | J | | |
| 300. | | | | | Sold (part) | 01/21/15 | M | | |
| 301. | | | | | Sold (part) | 01/22/15 | J | | |
| 302. | | | | | Sold (part) | 01/23/15 | J | | |
| 303. | | | | | Sold (part) | 01/28/15 | J | | |
| 304. | | | | | Sold (part) | 02/02/15 | K | | |
| 305. | | | | | Sold (part) | 02/05/15 | K | | |
| 306. | | | | | Sold (part) | 02/06/15 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 02/11/15 | J | | |
| 308. | | | | | Sold (part) | 02/12/15 | L | | |
| 309. | | | | | Sold (part) | 02/13/15 | M | | |
| 310. | | | | | Sold (part) | 02/17/15 | J | | |
| 311. | | | | | Sold (part) | 02/19/15 | K | | |
| 312. | | | | | Sold (part) | 02/20/15 | J | | |
| 313. | | | | | Sold (part) | 02/23/15 | L | | |
| 314. | | | | | Sold (part) | 02/25/15 | J | | |
| 315. | | | | | Sold (part) | 02/26/15 | M | | |
| 316. | | | | | Sold (part) | 03/02/15 | K | | |
| 317. | | | | | Sold (part) | 03/03/15 | J | | |
| 318. | | | | | Sold (part) | 03/09/15 | K | | |
| 319. | | | | | Sold (part) | 03/10/15 | J | | |
| 320. | | | | | Sold (part) | 03/11/15 | J | | |
| 321. | | | | | Sold (part) | 03/16/15 | J | | |
| 322. | | | | | Sold (part) | 03/17/15 | J | | |
| 323. | | | | | Sold (part) | 03/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 03/26/15 | M | | |
| 325. | | | | | Sold (part) | 04/01/15 | M | | |
| 326. | | | | | Sold (part) | 04/02/15 | J | | |
| 327. | | | | | Sold (part) | 04/06/15 | J | | |
| 328. | | | | | Sold (part) | 04/08/15 | J | | |
| 329. | | | | | Sold (part) | 04/13/15 | K | | |
| 330. | | | | | Sold (part) | 04/14/15 | L | | |
| 331. | | | | | Sold (part) | 04/15/15 | P1 | | |
| 332. | | | | | Sold (part) | 04/23/15 | J | | |
| 333. | | | | | Sold (part) | 04/24/15 | J | | |
| 334. | | | | | Sold (part) | 04/27/15 | J | | |
| 335. | | | | | Sold (part) | 04/29/15 | J | | |
| 336. | | | | | Sold (part) | 04/30/15 | M | | |
| 337. | | | | | Sold (part) | 05/01/15 | K | | |
| 338. | | | | | Sold (part) | 05/04/15 | L | | |
| 339. | | | | | Sold (part) | 05/06/15 | J | | |
| 340. | | | | | Sold (part) | 05/07/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 05/11/15 | J | | |
| 342. | | | | | Sold (part) | 05/13/15 | K | | |
| 343. | | | | | Sold (part) | 05/15/15 | J | | |
| 344. | | | | | Sold (part) | 05/18/15 | L | | |
| 345. | | | | | Sold (part) | 05/21/15 | L | | |
| 346. | | | | | Sold (part) | 05/26/15 | K | | |
| 347. | | | | | Sold (part) | 05/27/15 | J | | |
| 348. | | | | | Sold (part) | 05/28/15 | L | | |
| 349. | | | | | Sold (part) | 06/01/15 | K | | |
| 350. | | | | | Sold (part) | 06/02/15 | J | | |
| 351. | | | | | Sold (part) | 06/03/15 | O | | |
| 352. | | | | | Sold (part) | 06/04/15 | K | | |
| 353. | | | | | Sold (part) | 06/05/15 | K | | |
| 354. | | | | | Sold (part) | 06/11/15 | K | | |
| 355. | | | | | Sold (part) | 06/12/15 | J | | |
| 356. | | | | | Sold (part) | 06/16/15 | J | | |
| 357. | | | | | Sold (part) | 06/18/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 06/19/15 | O | | |
| 359. | | | | | Sold (part) | 06/22/15 | K | | |
| 360. | | | | | Sold (part) | 06/26/15 | J | | |
| 361. | | | | | Sold (part) | 06/29/15 | P1 | | |
| 362. | | | | | Sold (part) | 07/01/15 | K | | |
| 363. | | | | | Sold (part) | 07/02/15 | P1 | | |
| 364. | | | | | Sold (part) | 07/06/15 | K | | |
| 365. | | | | | Sold (part) | 07/07/15 | M | | |
| 366. | | | | | Sold (part) | 07/08/15 | K | | |
| 367. | | | | | Sold (part) | 07/10/15 | J | | |
| 368. | | | | | Sold (part) | 07/13/15 | K | | |
| 369. | | | | | Sold (part) | 07/14/15 | M | | |
| 370. | | | | | Sold (part) | 07/15/15 | M | | |
| 371. | | | | | Sold (part) | 07/16/15 | K | | |
| 372. | | | | | Sold (part) | 07/17/15 | K | | |
| 373. | | | | | Sold (part) | 07/21/15 | J | | |
| 374. | | | | | Sold (part) | 07/22/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 07/23/15 | J | | |
| 376. | | | | | Sold (part) | 07/24/15 | K | | |
| 377. | | | | | Sold (part) | 07/27/15 | J | | |
| 378. | | | | | Sold (part) | 07/29/15 | J | | |
| 379. | | | | | Sold (part) | 07/31/15 | L | | |
| 380. | | | | | Sold (part) | 08/03/15 | K | | |
| 381. | | | | | Sold (part) | 08/04/15 | J | | |
| 382. | | | | | Sold (part) | 08/07/15 | K | | |
| 383. | | | | | Sold (part) | 08/10/15 | K | | |
| 384. | | | | | Sold (part) | 08/11/15 | L | | |
| 385. | | | | | Sold (part) | 08/12/15 | L | | |
| 386. | | | | | Sold (part) | 08/13/15 | J | | |
| 387. | | | | | Sold (part) | 08/14/15 | P1 | | |
| 388. | | | | | Sold (part) | 08/17/15 | J | | |
| 389. | | | | | Sold (part) | 08/19/15 | J | | |
| 390. | | | | | Sold (part) | 08/31/15 | L | | |
| 391. | | | | | Sold (part) | 09/01/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 09/02/15 | M | | |
| 393. | | | | | Sold (part) | 09/03/15 | M | | |
| 394. | | | | | Sold (part) | 09/04/15 | J | | |
| 395. | | | | | Sold (part) | 09/08/15 | M | | |
| 396. | | | | | Sold (part) | 09/15/15 | J | | |
| 397. | | | | | Sold (part) | 09/16/15 | N | | |
| 398. | | | | | Sold (part) | 09/17/15 | M | | |
| 399. | | | | | Sold (part) | 09/23/15 | J | | |
| 400. | | | | | Sold (part) | 09/24/15 | J | | |
| 401. | | | | | Sold (part) | 09/25/15 | L | | |
| 402. | | | | | Sold (part) | 09/30/15 | J | | |
| 403. | | | | | Sold (part) | 10/05/15 | J | | |
| 404. | | | | | Sold (part) | 10/06/15 | K | | |
| 405. | | | | | Sold (part) | 10/07/15 | J | | |
| 406. | | | | | Sold (part) | 10/08/15 | J | | |
| 407. | | | | | Sold (part) | 10/09/15 | K | | |
| 408. | | | | | Sold (part) | 10/14/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 10/15/15 | J | | |
| 410. | | | | | Sold (part) | 10/20/15 | L | | |
| 411. | | | | | Sold (part) | 10/21/15 | K | | |
| 412. | | | | | Sold (part) | 10/22/15 | J | | |
| 413. | | | | | Sold (part) | 10/27/15 | J | | |
| 414. | | | | | Sold (part) | 10/29/15 | J | | |
| 415. | | | | | Sold (part) | 11/02/15 | J | | |
| 416. | | | | | Sold (part) | 11/03/15 | M | | |
| 417. | | | | | Sold (part) | 11/05/15 | J | | |
| 418. | | | | | Sold (part) | 11/10/15 | K | | |
| 419. | | | | | Sold (part) | 11/12/15 | L | | |
| 420. | | | | | Sold (part) | 11/13/15 | O | | |
| 421. | | | | | Sold (part) | 11/16/15 | J | | |
| 422. | | | | | Sold (part) | 11/17/15 | J | | |
| 423. | | | | | Sold (part) | 11/18/15 | J | | |
| 424. | | | | | Sold (part) | 11/20/15 | L | | |
| 425. | | | | | Sold (part) | 11/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 11/25/15 | K | | |
| 427. | | | | | Sold (part) | 11/30/15 | N | | |
| 428. | | | | | Sold (part) | 12/01/15 | K | | |
| 429. | | | | | Sold (part) | 12/02/15 | J | | |
| 430. | | | | | Sold (part) | 12/07/15 | J | | |
| 431. | | | | | Sold (part) | 12/08/15 | M | | |
| 432. | | | | | Sold (part) | 12/09/15 | N | | |
| 433. | | | | | Sold (part) | 12/10/15 | J | | |
| 434. | | | | | Sold (part) | 12/15/15 | J | | |
| 435. | | | | | Sold (part) | 12/16/15 | J | | |
| 436. | | | | | Sold (part) | 12/17/15 | J | | |
| 437. | | | | | Sold (part) | 12/21/15 | J | | |
| 438. | | | | | Sold (part) | 12/22/15 | J | | |
| 439. | | | | | Sold (part) | 12/23/15 | N | | |
| 440. | | | | | Sold (part) | 12/28/15 | J | | |
| 441. | | | | | Sold (part) | 12/30/15 | K | | |
| 442. Local Motors Series A pfd closely held | None | | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 75

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/13/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. Van Eck Intl Invest Gold A mutual fd | | None | | | Sold | 05/29/15 | P1 | | See Part VIII |
| 444. Hephaestion II LP priv eq | G | Distribution | P1 | U | Buy (add'l) | 04/02/15 | K | | |
| 445. Hephaestion Retail LP priv eq | E | Distribution | O | U | Buy | | | | |
| 446. Penta Asia Domestic Partners LP | G | Distribution | M | U | | | | | |
| 447. PSC Luxembourg Hldgs LLC | | None | J | U | | | | | |
| 448. Trust # 22 | G | Distribution | P2 | W | | | | | |
| 449. - Int in MECM Assoc II LLC closely held | | | | | Distributed (part) | 06/30/15 | P1 | | |
| 450. - Hephaestion LP | | | | | | | | | |
| 451. - Hephaestion Co-invest I LP | | | | | Buy (add'l) | 03/30/15 | J | | |
| 452. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 453. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 454. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 455. - Porus Invt Hldg Co Ltd LP | | | | | | | | | |
| 456. - Xander Master Fund LLC | | | | | | | | | |
| 457. - Federated US Treas Cash reserve money mrkt mutual fd | | | | | Buy (add'l) | 07/10/15 | J | | |
| 458. | | | | | Buy (add'l) | 07/29/15 | J | | |
| 459. | | | | | Buy (add'l) | 12/21/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 12/28/15 | M | | |
| 461. | | | | | Sold (part) | 03/30/15 | J | | |
| 462. | | | | | Sold (part) | 04/14/15 | L | | |
| 463. | | | | | Sold (part) | 07/07/15 | J | | |
| 464. | | | | | Sold (part) | 09/28/15 | J | | |
| 465. | | | | | Sold (part) | 12/23/15 | J | | |
| 466. - Ptolemy Finance LLC (private eq) (x) | | | | | Open | 11/21/15 | P1 | | See Part VIII |
| 467. Trust # 23 | G | Int./Div. | P1 | T | | | | | |
| 468. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 04/10/15 | L | | |
| 469. | | | | | Buy (add'l) | 05/28/15 | K | | |
| 470. | | | | | Buy (add'l) | 08/20/15 | K | | |
| 471. | | | | | Sold (part) | 04/13/15 | M | | |
| 472. | | | | | Sold (part) | 06/04/15 | K | | |
| 473. | | | | | Sold (part) | 09/04/15 | K | | |
| 474. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 475. Trust # 24 | F | Int./Div. | P1 | T | | | | | |
| 476. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 04/10/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 75

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/13/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 05/28/15 | K | | |
| 478. | | | | | Buy (add'l) | 08/20/15 | K | | |
| 479. | | | | | Sold (part) | 04/13/15 | M | | |
| 480. | | | | | Sold (part) | 06/04/15 | K | | |
| 481. | | | | | Sold (part) | 09/04/15 | K | | |
| 482. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 483. Trust # 25 | F | Int./Div. | P1 | T | | | | | |
| 484. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 04/10/15 | L | | |
| 485. | | | | | Buy (add'l) | 05/28/15 | K | | |
| 486. | | | | | Buy (add'l) | 08/20/15 | K | | |
| 487. | | | | | Sold (part) | 04/13/15 | M | | |
| 488. | | | | | Sold (part) | 06/04/15 | K | | |
| 489. | | | | | Sold (part) | 09/04/15 | K | | |
| 490. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 491. Trust # 26 | G | Int./Div. | P1 | T | | | | | |
| 492. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 04/10/15 | L | | |
| 493. | | | | | Buy (add'l) | 05/28/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 75

**Name of Person Reporting**

SARIS, PATTI B.

**Date of Report**

05/13/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. | | | | | Buy (add'l) | 08/20/15 | K | | |
| 495. | | | | | Sold (part) | 04/13/15 | M | | |
| 496. | | | | | Sold (part) | 06/04/15 | K | | |
| 497. | | | | | Sold (part) | 09/04/15 | K | | |
| 498. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 499. Liveprocess Crop Ser A pfd stock | | None | J | T | | | | | |
| 500. Wavemark Inc Ser B pfd stock | D | Distribution | | | | | | | See Part VIII |
| 501. Meridia Capital LP | G | Distribution | K | U | | | | | See Part VIII |
| 502. Meta4 Group Ltd LP | | None | J | U | | | | | |
| 503. Elliott Associates, LP | | None | P2 | U | | | | | |
| 504. Hony Capital Fund 2008, LP | G | Distribution | P1 | U | Buy (add'l) | 04/01/15 | J | | |
| 505. | | | | | Buy (add'l) | 07/02/15 | J | | |
| 506. | | | | | Buy (add'l) | 10/09/15 | J | | |
| 507. Line Rock Partners V, LP combined | E | Distribution | O | U | Buy (add'l) | 03/27/15 | J | | |
| 508. | | | | | Buy (add'l) | 06/05/15 | J | | |
| 509. | | | | | Buy (add'l) | 06/25/15 | J | | |
| 510. | | | | | Buy (add'l) | 10/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 11/25/15 | J | | |
| 512. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 513.  Lone Star Fund VI (US), LP | G | Distribution | O | U | | | | | |
| 514.  Lone Star Europe Holdings (US), LP | F | Distribution | N | U | | | | | |
| 515.  Lone Star Real Estate Fund (US), LP | G | Distribution | M | U | | | | | |
| 516.  Middle East North Africa Opportunities Fd, LP | B | Distribution | K | W | | | | | |
| 517.  MECM Associates LLC closely held | A | Dividend | P3 | W | | | | | See Part VIII |
| 518.  - Abrams Capital Partners II LP | | None | P2 | W | | | | | |
| 519.  - Baupost Value Partners LP II | | None | P2 | U | Redeemed (part) | 12/31/15 | P1 | | See Part VIII |
| 520.  - Brookside Cap Partners Fd LP | G | Distribution | N | W | | | | | |
| 521.  - Kensico Associates LP | | None | P2 | U | | | | | |
| 522.  - Federated US Treas Cash Rsv cash eq mutual fd | A | Dividend | P1 | T | Buy (add'l) | 01/26/15 | L | | |
| 523. | | | | | Buy (add'l) | 03/27/15 | K | | |
| 524. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 525. | | | | | Buy (add'l) | 07/22/15 | L | | |
| 526. | | | | | Buy (add'l) | 10/23/15 | L | | |
| 527. | | | | | Buy (add'l) | 12/31/15 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 75

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/13/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold (part) | 04/29/15 | N | | |
| 529. | | | | | Sold (part) | 09/10/15 | L | | |
| 530.  - PAR Investment Partners LP (private equity) | | None | P2 | W | | | | | |
| 531.  - Marathon Global Fd International Equity F(private equity) | E | Distribution | P2 | W | | | | | |
| 532.  - Kabouter International Opportunities Fd II LLC (private equity) | | None | P1 | U | | | | | |
| 533.  Berkeley Cty SC Municipal bd | D | Interest | M | T | | | | | |
| 534.  Hawaii St Municipal Bds | D | Interest | M | T | | | | | |
| 535.  Chatham Cty GA Municipal Bds | C | Interest | M | T | | | | | |
| 536.  MA St College Bds Municipal Bds | D | Interest | M | T | | | | | |
| 537.  Trust # 27 | E | Int./Div. | O | T | | | | | |
| 538.  - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 539.  - Federated US Treas Cash Rsv money mrkt (mutual fd) | | | | | Buy (add'l) | 03/24/15 | J | | |
| 540. | | | | | Buy (add'l) | 04/10/15 | J | | |
| 541. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 542. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 543. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 544. | | | | | Buy (add'l) | 09/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 546. | | | | | Buy (add'l) | 12/24/15 | J | | |
| 547. | | | | | Sold (part) | 01/06/15 | J | | |
| 548. | | | | | Sold (part) | 01/08/15 | J | | |
| 549. | | | | | Sold (part) | 04/06/15 | J | | |
| 550. | | | | | Sold (part) | 05/08/15 | J | | |
| 551. | | | | | Sold (part) | 06/03/15 | J | | |
| 552. | | | | | Sold (part) | 06/16/15 | J | | |
| 553. | | | | | Sold (part) | 06/29/15 | J | | |
| 554. | | | | | Sold (part) | 07/07/15 | J | | |
| 555. | | | | | Sold (part) | 08/10/15 | K | | |
| 556. | | | | | Sold (part) | 09/09/15 | J | | |
| 557. | | | | | Sold (part) | 10/07/15 | J | | |
| 558. | | | | | Sold (part) | 12/02/15 | K | | |
| 559. - Vanguard Dividend Appre, mutual fd (VDAIX) | | | | | Distributed | 04/14/15 | M | | See Part VIII |
| 560. - Vanguard Dvd Apprec Ind-adm (VDADX) (x) | | | | | Open | 04/14/15 | M | | See Part VIII |
| 561. - Vanguard Emerging Markets, mutual fd (VEIEX) | | | | | Distributed | 04/14/15 | L | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX) mutual fd (x) | | | | | Open | 04/14/15 | L | | See Part VIII |
| 563. Trust # 28 | D | Int./Div. | P1 | T | | | | | |
| 564. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 565. - Federated US Treas Cash Rsv money mrkt (mutual fd) | | | | | Buy (add'l) | 03/24/15 | J | | |
| 566. | | | | | Buy (add'l) | 04/10/15 | J | | |
| 567. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 568. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 569. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 570. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 571. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 572. | | | | | Buy (add'l) | 12/24/15 | J | | |
| 573. | | | | | Sold (part) | 06/03/15 | J | | |
| 574. | | | | | Sold (part) | 09/09/15 | J | | |
| 575. | | | | | Sold (part) | 10/07/15 | J | | |
| 576. - Vanguard Dividend Appre, mutual fd (VDAIX) | | | | | Distributed | 04/14/15 | M | | See Part VIII |
| 577. - Vanguard Dvd Apprec Ind-adm (VDADX) (x) | | | | | Open | 04/14/15 | M | | See Part VIII |
| 578. - Vanguard Emerging Markets, mutual fd (VEIEX) | | | | | Distributed | 04/14/15 | L | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX) mutual fd (x) | | | | | Open | 04/14/15 | L | | See Part VIII |
| 580. CX Partners Fd Limited (private eq) | E | Distribution | P1 | W | Buy (add'l) | 06/25/15 | J | | |
| 581. | | | | | Buy (add'l) | 07/06/15 | K | | |
| 582. | | | | | Buy (add'l) | 08/21/15 | K | | |
| 583. | | | | | Buy (add'l) | 09/25/15 | K | | |
| 584. Hephaestion III LP | G | Distribution | P1 | U | Buy (add'l) | 04/01/15 | K | | |
| 585. Orion European Real Estate Fd III CV (priv eq) | G | Distribution | N | W | Buy (add'l) | 02/12/15 | K | | |
| 586. RBC (Royal Bank of Canada), bank accounts | E | Interest | P1 | T | | | | | |
| 587. RBC Dominion Securities Inc | | | | | | | | | See Part VIII |
| 588. - National Bank of Canada GIC (annual due 3/10/2020) (x) | B | Interest | | | Buy | 03/10/15 | L | | |
| 589. | | | | | Sold | 09/04/15 | L | | |
| 590. - Province of Ontario Notes (due 9/8/15) | C | Interest | | | Matured | 09/08/15 | M | | |
| 591. - Alberta Cap Fin Auth Bonds | C | Interest | | | Matured | 06/15/15 | M | A | |
| 592. - Financement Quebec Bonds (due 12/1/2016) | D | Interest | | | Sold | 09/09/15 | M | B | |
| 593. - Homequity Bank GIC (annual due 2/17/15) | A | Interest | | | Matured | 02/17/15 | L | | |
| 594. - Ville de Montreal Bds | B | Interest | | | Sold | 09/09/15 | L | A | |
| 595. - Pacific & Western GIC (annual due 2/28/2015) | A | Interest | | | Matured | 03/02/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|

| | SARIS, PATTI B. | 05/13/2016 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - Equitable Trust GIC (annual due 8/9/2017) | C | Interest | | | Sold | 09/04/15 | L | | |
| 597. - Home Trust Company GIC (annual due 8/9/2017) | C | Interest | | | Sold | 09/08/15 | L | | |
| 598. - Manulife Trust GIC (annual due 8/9/2017) | C | Interest | | | Sold | 09/04/15 | L | | |
| 599. - Royal Trust Corp GIC (annual due 12/5/2016) | B | Interest | | | Sold | 09/04/15 | L | | |
| 600. - Canadian Tire Bank GIC (annual due 10/4/17) (x) | C | Interest | | | Sold | 09/04/15 | L | | |
| 601. - Manulife Bank CSA GIC (annual due 10/4/16) (x) | C | Interest | | | Sold | 09/04/15 | L | | |
| 602. - Canada Houseing Trust Notes (due 6/15/2019) (x) | B | Interest | | | Sold | 09/09/15 | M | | |
| 603. - Municipal Fin Auth British Columvia Notes (due 6/2/2019) (x) | B | Interest | | | Sold | 09/09/15 | M | | |
| 604. - Provence of Alberta deb notes (due 6/15/2018) (x) | D | Interest | | | Sold | 09/09/15 | N | | |
| 605. - B2B Bank GIC (annual due 3/10/2020) (x) | B | Interest | | | Buy | 03/10/15 | L | | |
| 606. | | | | | Sold | 09/04/15 | L | | |
| 607. - Laurentian Bank GIC (annual due 3/11/2019) (x) | A | Interest | | | Buy | 03/10/15 | K | | |
| 608. | | | | | Sold | 09/04/15 | K | | |
| 609. - Province of Alberta due 6/1/2020 (x) | A | Interest | | | Buy | 06/22/15 | L | | |
| 610. | | | | | Sold | 09/09/15 | L | | |
| 611. - Canada Housing Trust No 1 Mtg Bd Ser 56 due 12/15/2018 (x) | A | Interest | | | Buy | 06/22/15 | L | | |
| 612. | | | | | Sold | 09/09/15 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  Gold boullion | | None | P1 | T | | | | | |
| 614.  MECM Investments LLC (closely held) | G | Int./Div. | P3 | W | | | | | |
| 615.  - Berkeley Cty SC Municipal Bds | | | | | | | | | |
| 616.  - Easley SC Municipal Bds | | | | | Matured | 12/01/15 | M | | |
| 617.  - Maine St Municipal Bds | | | | | | | | | |
| 618.  - Int in MECM Associates II LLC (closely held) | | | | | | | | | See Part VIII |
| 619.  - Chatham Cty GA Municipal Bds | | | | | | | | | |
| 620.  - MA St College Bldg Auth Municipal Bds | | | | | Matured | 05/01/15 | M | | |
| 621.  - Gold Bullion | | | | | | | | | |
| 622.  - Federated US Treas Cash Rsv money markt (mutual fd) | | | | | Buy (add'l) | 01/05/15 | M | | |
| 623. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 624. | | | | | Buy (add'l) | 01/26/15 | K | | |
| 625. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 626. | | | | | Buy (add'l) | 02/06/15 | J | | |
| 627. | | | | | Buy (add'l) | 02/12/15 | K | | |
| 628. | | | | | Buy (add'l) | 02/13/15 | K | | |
| 629. | | | | | Buy (add'l) | 02/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 02/18/15 | K | | |
| 631. | | | | | Buy (add'l) | 02/19/15 | J | | |
| 632. | | | | | Buy (add'l) | 02/24/15 | K | | |
| 633. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 634. | | | | | Buy (add'l) | 03/02/15 | J | | |
| 635. | | | | | Buy (add'l) | 03/16/15 | K | | |
| 636. | | | | | Buy (add'l) | 03/19/15 | K | | |
| 637. | | | | | Buy (add'l) | 03/26/15 | K | | |
| 638. | | | | | Buy (add'l) | 03/27/15 | L | | |
| 639. | | | | | Buy (add'l) | 03/30/15 | J | | |
| 640. | | | | | Buy (add'l) | 04/06/15 | J | | |
| 641. | | | | | Buy (add'l) | 04/08/15 | K | | |
| 642. | | | | | Buy (add'l) | 04/10/15 | J | | |
| 643. | | | | | Buy (add'l) | 04/13/15 | K | | |
| 644. | | | | | Buy (add'l) | 04/14/15 | L | | |
| 645. | | | | | Buy (add'l) | 04/28/15 | K | | |
| 646. | | | | | Buy (add'l) | 04/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Buy (add'l) | 05/07/15 | J | | |
| 648. | | | | | Buy (add'l) | 05/13/15 | J | | |
| 649. | | | | | Buy (add'l) | 05/15/15 | K | | |
| 650. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 651. | | | | | Buy (add'l) | 05/19/15 | K | | |
| 652. | | | | | Buy (add'l) | 05/21/15 | P1 | | |
| 653. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 654. | | | | | Buy (add'l) | 05/29/15 | L | | |
| 655. | | | | | Buy (add'l) | 06/18/15 | K | | |
| 656. | | | | | Buy (add'l) | 06/19/15 | K | | |
| 657. | | | | | Buy (add'l) | 06/29/15 | K | | |
| 658. | | | | | Buy (add'l) | 06/30/15 | K | | |
| 659. | | | | | Buy (add'l) | 07/07/15 | L | | |
| 660. | | | | | Buy (add'l) | 07/10/15 | K | | |
| 661. | | | | | Buy (add'l) | 07/15/15 | O | | |
| 662. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 663. | | | | | Buy (add'l) | 07/17/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

SARIS, PATTI B.                                    05/13/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy (add'l) | 07/21/15 | K | | |
| 665. | | | | | Buy (add'l) | 07/31/15 | L | | |
| 666. | | | | | Buy (add'l) | 08/07/15 | K | | |
| 667. | | | | | Buy (add'l) | 08/10/15 | J | | |
| 668. | | | | | Buy (add'l) | 08/11/15 | K | | |
| 669. | | | | | Buy (add'l) | 08/12/15 | J | | |
| 670. | | | | | Buy (add'l) | 08/14/15 | K | | |
| 671. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 672. | | | | | Buy (add'l) | 08/19/15 | J | | |
| 673. | | | | | Buy (add'l) | 08/27/15 | K | | |
| 674. | | | | | Buy (add'l) | 08/31/15 | K | | |
| 675. | | | | | Buy (add'l) | 09/11/15 | N | | |
| 676. | | | | | Buy (add'l) | 09/22/15 | K | | |
| 677. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 678. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 679. | | | | | Buy (add'l) | 10/14/15 | O | | |
| 680. | | | | | Buy (add'l) | 11/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

SARIS, PATTI B. 05/13/2016

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 682. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 683. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 684. | | | | | Buy (add'l) | 11/13/15 | K | | |
| 685. | | | | | Buy (add'l) | 11/17/15 | K | | |
| 686. | | | | | Buy (add'l) | 11/19/15 | J | | |
| 687. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 688. | | | | | Buy (add'l) | 11/25/15 | J | | |
| 689. | | | | | Buy (add'l) | 12/08/15 | K | | |
| 690. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 691. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 692. | | | | | Sold (part) | 01/08/15 | J | | |
| 693. | | | | | Sold (part) | 01/23/15 | J | | |
| 694. | | | | | Sold (part) | 01/26/15 | J | | |
| 695. | | | | | Sold (part) | 01/27/15 | K | | |
| 696. | | | | | Sold (part) | 02/02/15 | J | | |
| 697. | | | | | Sold (part) | 02/11/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Sold (part) | 02/23/15 | K | | |
| 699. | | | | | Sold (part) | 03/03/15 | J | | |
| 700. | | | | | Sold (part) | 03/04/15 | K | | |
| 701. | | | | | Sold (part) | 03/13/15 | L | | |
| 702. | | | | | Sold (part) | 03/20/15 | K | | |
| 703. | | | | | Sold (part) | 04/01/15 | J | | |
| 704. | | | | | Sold (part) | 04/07/15 | J | | |
| 705. | | | | | Sold (part) | 04/08/15 | J | | |
| 706. | | | | | Sold (part) | 04/10/15 | O | | |
| 707. | | | | | Sold (part) | 04/15/15 | J | | |
| 708. | | | | | Sold (part) | 04/22/15 | K | | |
| 709. | | | | | Sold (part) | 04/23/15 | J | | |
| 710. | | | | | Sold (part) | 05/01/15 | K | | |
| 711. | | | | | Sold (part) | 05/15/15 | K | | |
| 712. | | | | | Sold (part) | 05/22/15 | P1 | | |
| 713. | | | | | Sold (part) | 05/26/15 | K | | |
| 714. | | | | | Sold (part) | 05/27/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**  Name of Person Reporting  Date of Report

SARIS, PATTI B.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Sold (part) | 05/28/15 | N | | |
| 716. | | | | | Sold (part) | 06/01/15 | J | | |
| 717. | | | | | Sold (part) | 06/15/15 | L | | |
| 718. | | | | | Sold (part) | 06/18/15 | J | | |
| 719. | | | | | Sold (part) | 06/30/15 | K | | |
| 720. | | | | | Sold (part) | 07/01/15 | J | | |
| 721. | | | | | Sold (part) | 07/08/15 | K | | |
| 722. | | | | | Sold (part) | 07/13/15 | K | | |
| 723. | | | | | Sold (part) | 07/16/15 | K | | |
| 724. | | | | | Sold (part) | 07/17/15 | J | | |
| 725. | | | | | Sold (part) | 07/20/15 | K | | |
| 726. | | | | | Sold (part) | 07/22/15 | K | | |
| 727. | | | | | Sold (part) | 07/28/15 | K | | |
| 728. | | | | | Sold (part) | 08/03/15 | J | | |
| 729. | | | | | Sold (part) | 08/10/15 | L | | |
| 730. | | | | | Sold (part) | 08/13/15 | J | | |
| 731. | | | | | Sold (part) | 08/18/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold (part) | 08/20/15 | N | | |
| 733. | | | | | Sold (part) | 08/28/15 | J | | |
| 734. | | | | | Sold (part) | 09/01/15 | J | | |
| 735. | | | | | Sold (part) | 09/02/15 | K | | |
| 736. | | | | | Sold (part) | 09/03/15 | J | | |
| 737. | | | | | Sold (part) | 09/04/15 | K | | |
| 738. | | | | | Sold (part) | 09/09/15 | N | | |
| 739. | | | | | Sold (part) | 09/10/15 | J | | |
| 740. | | | | | Sold (part) | 09/23/15 | J | | |
| 741. | | | | | Sold (part) | 09/24/15 | O | | |
| 742. | | | | | Sold (part) | 10/05/15 | K | | |
| 743. | | | | | Sold (part) | 10/13/15 | K | | |
| 744. | | | | | Sold (part) | 10/20/15 | K | | |
| 745. | | | | | Sold (part) | 10/21/15 | J | | |
| 746. | | | | | Sold (part) | 10/30/15 | K | | |
| 747. | | | | | Sold (part) | 11/02/15 | J | | |
| 748. | | | | | Sold (part) | 11/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

SARIS, PATTI B.

05/13/2016

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐  NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold (part) | 11/12/15 | O | | |
| 750. | | | | | Sold (part) | 11/16/15 | K | | |
| 751. | | | | | Sold (part) | 11/17/15 | J | | |
| 752. | | | | | Sold (part) | 11/19/15 | J | | |
| 753. | | | | | Sold (part) | 11/20/15 | K | | |
| 754. | | | | | Sold (part) | 11/24/15 | J | | |
| 755. | | | | | Sold (part) | 12/01/15 | J | | |
| 756. | | | | | Sold (part) | 12/14/15 | K | | |
| 757. | | | | | Sold (part) | 12/15/15 | J | | |
| 758. | | | | | Sold (part) | 12/24/15 | J | | |
| 759. | | | | | Sold (part) | 12/28/15 | K | | |
| 760. - Buckeye Partners LP, PTP | | | | | Buy (add'l) | 09/03/15 | K | | |
| 761. - Williams Partners LP, PTP (f/k/a Access Midstrm Partners) | | | | | Sold (part) | 02/13/15 | J | C | See Part VIII |
| 762. | | | | | Sold (part) | 02/18/15 | K | A | |
| 763. | | | | | Sold (part) | 02/19/15 | K | A | |
| 764. - DCP Midstream Partners LP, PTP | | | | | Sold (part) | 04/02/15 | K | | See Part VIII |
| 765. | | | | | Sold (part) | 04/07/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Sold | 12/31/15 | K | | |
| 767. - Enbridge Energy Partners LP, PTP | | | | | Buy (add'l) | 03/10/15 | K | | |
| 768. | | | | | Sold (part) | 11/05/15 | J | | |
| 769. | | | | | Sold (part) | 11/11/15 | K | | |
| 770. | | | | | Sold (part) | 12/21/15 | J | | |
| 771. - Energy Transfer Equity LP, PTP | | | | | Buy (add'l) | 11/04/15 | K | | |
| 772. | | | | | Sold (part) | 03/16/15 | K | E | |
| 773. | | | | | Sold (part) | 07/07/15 | K | E | |
| 774. | | | | | Sold (part) | 09/17/15 | K | E | |
| 775. - Enterprise Prods Partners LP, PTP | | | | | Spinoff (from line 816) | 02/07/15 | L | | |
| 776. | | | | | Buy (add'l) | 05/20/15 | K | | |
| 777. | | | | | Buy (add'l) | 07/15/15 | K | | |
| 778. | | | | | Sold (part) | 09/28/15 | J | B | |
| 779. | | | | | Sold (part) | 11/04/15 | K | D | |
| 780. - Magellan Midstream Partners, PTP | | | | | Buy (add'l) | 08/10/15 | J | | |
| 781. | | | | | Sold (part) | 09/28/15 | J | C | |
| 782. | | | | | Sold (part) | 11/18/15 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. - Markwest Energy LP, PTP | | | | | Buy (add'l) | 01/25/15 | K | | |
| 784. | | | | | Buy (add'l) | 01/25/15 | K | | |
| 785. - Plains All American Pipeline LP, PTP | | | | | Buy (add'l) | 02/26/15 | J | | |
| 786. | | | | | Buy (add'l) | 05/21/15 | K | | |
| 787. | | | | | Buy (add'l) | 12/09/15 | K | | |
| 788. | | | | | Buy (add'l) | 12/10/15 | J | | |
| 789. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 790. | | | | | Sold (part) | 03/31/15 | J | C | |
| 791. | | | | | Sold (part) | 11/09/15 | J | | See Part VIII |
| 792. - Regency Energy Partners LP, PTP | | | | | Sold (part) | 02/12/15 | K | | See Part VIII |
| 793. | | | | | Sold (part) | 03/07/15 | K | | |
| 794. | | | | | Sold | 04/23/15 | K | | |
| 795. - Spectra Energy Partners LP, PTP | | | | | Buy (add'l) | 06/25/15 | K | | |
| 796. | | | | | Buy (add'l) | 07/02/15 | K | | |
| 797. - Sunoco Logistics Partners LP, PTP | | | | | Buy (add'l) | 07/01/15 | J | | |
| 798. | | | | | Buy (add'l) | 11/10/15 | K | | |
| 799. - Targa Resources Partners LP, PTP | | | | | Sold (part) | 02/27/15 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

SARIS, PATTI B.

05/13/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Sold (part) | 11/10/15 | K | | See Part VIII |
| 801. - Western Gas Partners LP, PTP | | | | | Buy (add'l) | 07/01/15 | J | | |
| 802. | | | | | Buy (add'l) | 07/17/15 | K | | |
| 803. - Hawaii St bds, municipal bds | | | | | | | | | |
| 804. - Loudoun Cty VA Bds, municipal bds | | | | | Sold (part) | 01/23/15 | M | D | |
| 805. | | | | | Sold | 01/26/15 | M | D | |
| 806. - MA St Dev Fin Agy Bds, municipal bds | | | | | | | | | |
| 807. - WI St Trans Rev Bds, municipal bds | | | | | | | | | |
| 808. - Charleston Cty SC municipal bds | | | | | | | | | |
| 809. - Energy Northwest WA Elec Rev municipal bds | | | | | | | | | |
| 810. - Frederick Cty MD municipal bds | | | | | | | | | |
| 811. - MFB Northern Funds mun money mkt (cash equiv) | | | | | Buy (add'l) | 12/31/15 | L | | See Part VIII |
| 812. - Vanguard Energy Fd-Adm (mutual fd) | | | | | | | | | |
| 813. - Lone Star Real Estate Fd II (U.S.), LP (priv equity) | | | | | Buy (add'l) | 06/18/15 | J | | |
| 814. - Lone Star Fund VII (U.S.), LP (priv equity) | | | | | | | | | |
| 815. - PS Opportunities Onshore LP (priv equity) | | | | | | | | | |
| 816. - Oiltanking Partners LP (PTP) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

SARIS, PATTI B.

05/13/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. - Tesoro Logistics LP (PTP) | | | | | Buy (add'l) | 09/30/15 | J | | |
| 818. - MPLX LP (PTP) | | | | | Sold (part) | 07/13/15 | K | D | |
| 819. | | | | | Buy (add'l) | 11/04/15 | J | | |
| 820. | | | | | Spinoff (from line 783) | 12/04/15 | M | | |
| 821. - Western Gas Equity Partners LP (PTP) | | | | | | | | | |
| 822. - EQT Midstream Partners, LP (PTP) | | | | | Buy (add'l) | 01/21/15 | J | | |
| 823. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 824. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 825. - Williams Cs Inc common (WMB) | | | | | Buy (add'l) | 04/10/15 | J | | |
| 826. | | | | | Buy (add'l) | 04/17/15 | K | | |
| 827. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 828. | | | | | Buy (add'l) | 11/04/15 | J | | |
| 829. | | | | | Sold (part) | 06/24/15 | K | D | |
| 830. - PA Econ Dev Fing Auth municipal bds | | | | | | | | | |
| 831. - Falcon Edge Global, LP (private equity) | | | | | Redeemed (part) | 07/14/15 | O | | See Part VIII |
| 832. | | | | | Redeemed (part) | 10/13/15 | O | | See Part VIII |
| 833. - University Utah University Revs (municipal Bds) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 834. - MA St Sch Bldg Auth (muniicpal bds) | | | | | | | | | |
| 835. - Aberdeen Emerg Mkts Inst (ABEMX) mutual fd | | | | | Sold | 05/20/15 | P1 | | See Part VIII |
| 836. - Frontegra MFG Global Equity Fd Instl (FMGEX) mutual fd (x) | | | | | Buy (add'l) | 12/19/15 | K | | |
| 837. - Enlink Midstream Partners LP (ENLK) PTP (f/k/a Crosstek Energy LP) | | | | | Sold | 02/05/15 | K | | See Part VIII |
| 838. - Genesis Energy LP (GEL) (PTP) | | | | | | | | | |
| 839. - Oneok Inc, com (OKE) | | | | | Buy (add'l) | 12/21/15 | K | | |
| 840. | | | | | Sold (part) | 06/15/15 | K | | See Part VIII |
| 841. | | | | | Sold (part) | 08/04/15 | J | | See Part VIII |
| 842. - Phillips 66 Partners LP (PSXP) (PTP) | | | | | Buy (add'l) | 02/18/15 | K | | |
| 843. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 844. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 845. | | | | | Buy (add'l) | 10/07/15 | K | | |
| 846. - Plains GP Holdings LP (PAGP) (PTP) | | | | | Buy (add'l) | 04/01/15 | J | | |
| 847. | | | | | Sold (part) | 07/16/15 | K | C | |
| 848. | | | | | Sold (part) | 08/05/15 | J | | See Part VIII |
| 849. | | | | | Sold (part) | 08/06/15 | J | | See Part VIII |
| 850. - Spectra Energy Corp (SE) | | | | | Sold (part) | 02/06/15 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

SARIS, PATTI B.
05/13/2016

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Sold | 05/26/15 | L | C | |
| 852. - Valero Energy Partners LP (VLP) (PTP) | | | | | Buy (add'l) | 11/19/15 | J | | |
| 853. - Charlotte, NC municipal bds | | | | | Matured | 07/01/15 | M | | |
| 854. - Connecticut St municipal bds | | | | | Sold | 04/01/15 | M | | See Part VIII |
| 855. - Illinois St Toll Hwy Auth municipal bds | | | | | Sold | 11/10/15 | M | | See Part VIII |
| 856. - Morehead St Univ KY municipal bds | | | | | | | | | |
| 857. - Palm Beach Cnty FL Sch Brd municipal bds | | | | | Sold | 02/19/15 | M | A | |
| 858. - Pennsylvania St municipal bds | | | | | Buy (add'l) | 02/04/15 | M | | |
| 859. | | | | | Sold (part) | 05/22/15 | M | | See Part VIII |
| 860. - Stratford CT municipal bds | | | | | | | | | |
| 861. - TX Transn Commn St Hwy Fd municipal bds | | | | | | | | | |
| 862. - Western Mich Univ Rev municipal bds | | | | | | | | | |
| 863. - Will Cnty ILL Comnty Sch Dist municipal bds | | | | | | | | | |
| 864. - DL Partners Opportunities Fd LP (private eq) | | | | | | | | | |
| 865. - Antero Midstream Partners LP (AM) (PTP) | | | | | Buy (add'l) | 03/10/15 | K | | |
| 866. - Dominion Midstream Partners LP (DM) (PTP) | | | | | | | | | |
| 867. - Shell Midstream Partners LP (SHLX) (PTP) | | | | | Buy (add'l) | 07/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 869. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 870.   - E Cherry Creek Vy Wtr & San Dist CO municipal bds (x) | | | | | Buy | 07/22/15 | M | | |
| 871. | | | | | Sold | 11/02/15 | M | D | |
| 872.   - Forsyth Cnty GA municipal bds (x) | | | | | Buy | 04/17/15 | M | | |
| 873.   - Franklin IND Cmnty-Sch Bldg municipal bds (x) | | | | | Buy | 09/25/15 | M | | |
| 874.   - Maryland St municipal bds (x) | | | | | Buy | 12/01/15 | M | | |
| 875.   - Massachusetts St Cons Ln municipal bds (x) | | | | | Buy | 06/11/15 | M | | |
| 876.   - Minnesota St Higher Ed Auth municipal bds (x) | | | | | Buy | 09/03/15 | M | | |
| 877. | | | | | Sold | 12/04/15 | M | C | |
| 878.   - Pasadena TX municipal bds (x) | | | | | Buy | 12/18/15 | N | | |
| 879.   - Scottsdale AZ municipal bds (x) | | | | | Buy | 02/20/15 | M | | |
| 880. | | | | | Sold | 08/12/15 | M | A | |
| 881.   - Waseca MN Indpt Sch Dist municipal bds (x) | | | | | Buy | 12/11/15 | M | | |
| 882.   - Edgbaston Asian Equity Trust (private eq) (x) | | | | | Buy | 05/22/15 | P1 | | |
| 883. | | | | | Buy (add'l) | 09/24/15 | P1 | | |
| 884.   - Columbia Pipeline Partners LP (CPPL) (PTP) (x) | | | | | Buy | 02/06/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting

SARIS, PATTI B.

Date of Report

Page 56 of 75

05/13/2016

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 886.  - Columbia Pipeline Group Inc (CPGX) (x) | | | | | Buy | 08/13/15 | K | | |
| 887. | | | | | Sold | 10/08/15 | K | | See Part VIII |
| 888.  - Enlink Midstream LLC (ENLC) (PTP) (x) | | | | | Buy | 04/28/15 | K | | |
| 889. | | | | | Buy (add'l) | 07/08/15 | K | | |
| 890.  - EQT GP Holding LP (EQGP) (PTP) (x) | | | | | Buy | 05/12/15 | K | | |
| 891.  - Oneok Partners LP (OKS) (PTP) (x) | | | | | Buy | 06/10/15 | L | | |
| 892. | | | | | Buy (add'l) | 10/15/15 | K | | |
| 893. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 894.  - Targa Resources (TRGP) (PTP) (x) | | | | | Buy (add'l) | 02/27/15 | L | | |
| 895. | | | | | Buy (add'l) | 03/17/15 | L | | |
| 896. | | | | | Buy (add'l) | 04/07/15 | K | | |
| 897. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 898.  MECM Associates II LLC (closely held) | C | Int./Div. | P2 | W | | | | | |
| 899.  - Baupost Value Partners LP II | | | | | Redeemed (part) | 12/23/15 | P1 | | |
| 900.  - Elliott Associates LP | | | | | | | | | |
| 901.  - HighVista I LP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**
Page 57 of 75

Name of Person Reporting
SARIS, PATTI B.

Date of Report
05/13/2016

SARIS, PATTI B.

05/13/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 902.  - Penta Asia Long Short Fd Ltd LP | | | | | Redeemed<br>(part) | 02/23/15 | J | | |
| 903. | | | | | Redeemed<br>(part) | 03/01/15 | J | | |
| 904. | | | | | Redeemed<br>(part) | 07/01/15 | J | | |
| 905. | | | | | Redeemed<br>(part) | 08/01/15 | J | | |
| 906.  - X Investment Holdings co Ltd LP | | | | | | | | | |
| 907.  - Federated US Teas Cash Rsv money<br>market (mutual fd) | | | | | Buy<br>(add'l) | 02/02/15 | J | | |
| 908. | | | | | Buy<br>(add'l) | 03/17/15 | J | | |
| 909. | | | | | Buy<br>(add'l) | 03/24/15 | J | | |
| 910. | | | | | Buy<br>(add'l) | 06/29/15 | J | | |
| 911. | | | | | Buy<br>(add'l) | 07/16/15 | J | | |
| 912. | | | | | Buy<br>(add'l) | 08/18/15 | J | | |
| 913. | | | | | Buy<br>(add'l) | 09/24/15 | J | | |
| 914. | | | | | Buy<br>(add'l) | 12/24/15 | J | | |
| 915. | | | | | Buy<br>(add'l) | 12/31/15 | P1 | | |
| 916. | | | | | Sold<br>(part) | 04/14/15 | O | | |
| 917. | | | | | Sold<br>(part) | 10/05/15 | J | | |
| 918.  - Vanguard Dividend Apprec (mutual fd)<br>(VDAIX) | | | | | Distributed | 04/14/15 | M | | See Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. - Vanguard Dvd Apprec Ind-adm (VDADX) mutual fd (x) | | | | | Open | 04/14/15 | M | | See Part VIII |
| 920. First Republic Bank, Bank account | A | Interest | L | T | | | | | |
| 921. Perry Partners, LP (private equity) | B | Dividend | K | U | | | | | |
| 922. Local Motors Inc Ser B pfd, closely held stock | | None | M | T | | | | | |
| 923. Local Motors Inc Ser C pfd, closely held stock | | None | N | T | Buy (add'l) | 01/20/15 | K | | |
| 924. Adorme Inc-seed pfd (fka WebcamGen Inc Ser A pfd) clsly held | | None | K | T | | | | | |
| 925. Highland Capital Partners VIII, LP | E | Distribution | M | U | | | | | |
| 926. New Jersey St bds, municipal bds | D | Interest | N | T | | | | | |
| 927. Charleston Cty SC municipal bds | D | Interest | M | T | | | | | |
| 928. Energy Northwest WA municipal bds | D | Interest | M | T | | | | | |
| 929. MA St Sch Bldg municipal bds | D | Interest | M | T | | | | | |
| 930. Medina Cty OH municipal bds | D | Interest | N | T | | | | | |
| 931. Oregon St municipal bds | D | Interest | N | T | | | | | |
| 932. Vanguard Dividend Appre (mutual fd) (VDAIX) | D | Dividend | | | Distributed | 04/14/15 | P1 | | |
| 933. Vanguard Dvd Apprec Ind-adm (VDADX) mutual fd (a) | D | Dividend | | | Open | 04/14/15 | P1 | | |
| 934. | | | | | Sold | 06/25/15 | P1 | G | |
| 935. Vanguard Energy Fd-Adm (mutual fd) | E | Dividend | P1 | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936.  Artemis Real Est Partnrs Fd I LP | G | Distribution | O | W | Buy (add'l) | 02/11/15 | M | | |
| 937. | | | | | Buy (add'l) | 06/18/15 | L | | |
| 938. | | | | | Buy (add'l) | 06/29/15 | M | | |
| 939. | | | | | Buy (add'l) | 09/15/15 | M | | |
| 940. | | | | | Buy (add'l) | 09/25/15 | M | | |
| 941. | | | | | Buy (add'l) | 10/20/15 | L | | |
| 942. | | | | | Buy (add'l) | 10/30/15 | L | | |
| 943.  Prosperitas Real Est Partners III LP (private equity) | D | Distribution | L | W | | | | | |
| 944.  Prosperitas Real Est Partners IIIA LP (private equity) | D | Distribution | L | W | | | | | |
| 945.  Prosperitas Real Est Partners IIIB LP (private equity) | D | Distribution | L | W | | | | | |
| 946.  PS Opportunities Onshore LP (priv equity) | | None | P1 | U | | | | | |
| 947.  Liveprocess Corp Ser B pfd | | None | J | W | | | | | |
| 948.  USHI Incorporated ord shs (closely held stock) | | None | J | W | | | | | |
| 949.  UBS Bank USA deb account (cash equiv- IRA asset) | A | Interest | | | Sold | 11/04/15 | M | | |
| 950.  Trust # 29 | | | | | | | | | |
| 951.  - Plymouth Rock Co Inc OC Cl A com stock (closely held) | E | Dividend | P1 | T | | | | | |
| 952.  - Federated US Treas Cash Rsv money mkt | A | Dividend | K | T | Buy (add'l) | 05/28/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 954. | | | | | Buy (add'l) | 08/10/15 | L | | |
| 955. | | | | | Buy (add'l) | 09/10/15 | L | | |
| 956. | | | | | Buy (add'l) | 09/23/15 | K | | |
| 957. | | | | | Buy (add'l) | 12/22/15 | K | | |
| 958. | | | | | Buy (add'l) | 12/24/15 | K | | |
| 959. | | | | | Sold (part) | 01/05/15 | J | | |
| 960. | | | | | Sold (part) | 02/02/15 | J | | |
| 961. | | | | | Sold (part) | 02/23/15 | K | | |
| 962. | | | | | Sold (part) | 03/02/15 | J | | |
| 963. | | | | | Sold (part) | 04/01/15 | J | | |
| 964. | | | | | Sold (part) | 04/07/15 | J | | |
| 965. | | | | | Sold (part) | 04/29/15 | M | | |
| 966. | | | | | Sold (part) | 05/01/15 | J | | |
| 967. | | | | | Sold (part) | 05/28/15 | K | | |
| 968. | | | | | Sold (part) | 06/01/15 | J | | |
| 969. | | | | | Sold (part) | 07/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. | | | | | Sold (part) | 07/13/15 | J | | |
| 971. | | | | | Sold (part) | 08/03/15 | J | | |
| 972. | | | | | Sold (part) | 09/01/15 | J | | |
| 973. | | | | | Sold (part) | 09/02/15 | K | | |
| 974. | | | | | Sold (part) | 09/17/15 | M | | |
| 975. | | | | | Sold (part) | 10/01/15 | J | | |
| 976. | | | | | Sold (part) | 11/02/15 | J | | |
| 977. | | | | | Sold (part) | 11/20/15 | K | | |
| 978. | | | | | Sold (part) | 12/01/15 | J | | |
| 979. | | | | | Sold (part) | 12/30/15 | K | | |
| 980.  - Hephaestion IV LP (private equity | C | Distribution | P1 | U | Buy (add'l) | 04/07/15 | J | | |
| 981. | | | | | Buy (add'l) | 07/13/15 | K | | |
| 982. | | | | | Buy (add'l) | 09/17/15 | M | | |
| 983. | | | | | Buy (add'l) | 12/30/15 | K | | |
| 984.  - MECM Assoc LLC (closely held) | | None | | | | | | | See Part VIII |
| 985.  - Independent Franchise Partners US Eq Fd (IFPUX) mutual fd | G | Dividend | P1 | T | Buy (add'l) | 01/25/15 | K | | |
| 986. | | | | | Buy (add'l) | 12/20/15 | M | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987.  Trust # 30 | | | | | | | | | |
| 988.  - Ptolemy Finance LLC (private equity) | | None | | | Distributed | 06/30/15 | P1 | | See Part VIII |
| 989.  - Federated US Treas Cash Rsv money mkt cash equiv | | None | J | T | Sold (part) | 11/12/15 | J | | |
| 990.  - Int in MECM Assoc II LLC (closely held) (x) | | None | | | Open | 06/30/15 | P1 | | See Part VIII |
| 991.  Trust # 31 | D | Int./Div. | P1 | W | | | | | |
| 992.  - Vanguard Dividend Appre (mutual fd) (VDAIX) | | | | | Distributed | 04/14/15 | M | | See Part VIII |
| 993.  - Vanguard Dvd Apprec Ind-adm (VDADX) mutual fd (x) | | | | | Open | 04/14/15 | M | | See Part VIII |
| 994.  - Vanguard Emerging Markets (mutual fd) (VEIEX) | | | | | Distributed | 04/14/15 | L | | See Part VIII |
| 995.  - Vanguard Emerg Mkts Stock Indx-adm (VEMAX) mutual fd (x) | | | | | Open | 04/14/15 | L | | See Part VIII |
| 996.  - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 997.  - Federated US Treas Cash Rsv money mkt cash eq | | | | | Buy (add'l) | 03/24/15 | J | | |
| 998. | | | | | Buy (add'l) | 04/10/15 | J | | |
| 999. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 1000. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 1001. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 1002. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 1003. | | | | | Buy (add'l) | 12/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Sold (part) | 01/15/15 | J | | |
| 1005. | | | | | Sold (part) | 02/17/15 | J | | |
| 1006. | | | | | Sold (part) | 03/09/15 | J | | |
| 1007. | | | | | Sold (part) | 03/16/15 | J | | |
| 1008. | | | | | Sold (part) | 04/15/15 | J | | |
| 1009. | | | | | Sold (part) | 05/15/15 | J | | |
| 1010. | | | | | Sold (part) | 06/03/15 | J | | |
| 1011. | | | | | Sold (part) | 06/08/15 | J | | |
| 1012. | | | | | Sold (part) | 06/15/15 | J | | |
| 1013. | | | | | Sold (part) | 06/30/15 | J | | |
| 1014. | | | | | Sold (part) | 07/10/15 | J | | |
| 1015. | | | | | Sold (part) | 07/15/15 | J | | |
| 1016. | | | | | Sold (part) | 08/07/15 | J | | |
| 1017. | | | | | Sold (part) | 08/17/15 | J | | |
| 1018. | | | | | Sold (part) | 09/09/15 | J | | |
| 1019. | | | | | Sold (part) | 09/11/15 | J | | |
| 1020. | | | | | Sold (part) | 09/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. | | | | | Sold (part) | 10/15/15 | J | | |
| 1022. | | | | | Sold (part) | 10/28/15 | J | | |
| 1023. | | | | | Sold (part) | 11/16/15 | J | | |
| 1024. | | | | | Sold (part) | 12/15/15 | J | | |
| 1025. Hephaestion IV LP (private equity) | D | Distribution | P1 | U | Buy (add'l) | 04/07/15 | K | | |
| 1026. | | | | | Buy (add'l) | 07/13/15 | L | | |
| 1027. | | | | | Buy (add'l) | 09/17/15 | M | | |
| 1028. | | | | | Buy (add'l) | 12/30/15 | L | | |
| 1029. Learn Our History LLC (private equity) | | None | L | W | | | | | |
| 1030. Patagonia Sur, LLC (private equity) | | None | M | U | | | | | |
| 1031. Tekne Partners, LP (private equity) | | None | P1 | U | | | | | |
| 1032. Lime Rock Partners VI LP (private equitu) | D | Distribution | P1 | U | Buy (add'l) | 01/29/15 | K | | |
| 1033. | | | | | Buy (add'l) | 03/27/15 | J | | |
| 1034. | | | | | Buy (add'l) | 05/01/15 | K | | |
| 1035. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 1036. | | | | | Buy (add'l) | 06/26/15 | J | | |
| 1037. | | | | | Buy (add'l) | 09/03/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SARIS, PATTI B.** | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. | | | | | Buy (add'l) | 09/25/15 | K | | |
| 1039. Metropolican St Louis, MO municipal fd | D | Interest | M | T | | | | | |
| 1040. PA Exon Dev Auth municipal bds | B | Interest | M | T | | | | | |
| 1041. Glidewell Ltd Ser A Pfd stock | | None | J | T | | | | | |
| 1042. Glidewell Ltd conv note (closely held) | | None | | | Distributed | 06/12/15 | J | | See Part VIII |
| 1043. HST Solar Farms Inc Conv Note (closely held) | | None | K | T | | | | | |
| 1044. Local Motors Inc Conv Note (closely held) | | None | J | T | | | | | See Part VIII |
| 1045. Trust # 32 | B | Dividend | P1 | T | | | | | |
| 1046. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 1047. - Vanguard Dividend Appre (VDAIX) mutual fd | | | | | Distributed | 04/14/15 | M | | See Part VIII |
| 1048. - Vanguard Dvd Apprec Ind-adm (VDADX) mutual fd (x) | | | | | Open | 04/14/15 | M | | See Part VIII |
| 1049. - Vanguard Emerging Markets (VEIEX) mututal fd | | | | | Distributed | 04/14/15 | L | | See Part VIII |
| 1050. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX mutual fund (x) | | | | | Open | 04/15/15 | L | | See Part VIII |
| 1051. - Federated US Treas Cash Rsv, cash eq mutual fd | | | | | Buy (add'l) | 03/24/15 | J | | |
| 1052. | | | | | Buy (add'l) | 04/10/15 | J | | |
| 1053. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 1054. | | | | | Buy (add'l) | 06/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 1056. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 1057. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 1058. | | | | | Buy (add'l) | 12/24/15 | J | | |
| 1059. | | | | | Sold (part) | 01/15/15 | J | | |
| 1060. | | | | | Sold (part) | 01/26/15 | J | | |
| 1061. | | | | | Sold (part) | 04/08/15 | J | | |
| 1062. | | | | | Sold (part) | 04/15/15 | J | | |
| 1063. | | | | | Sold (part) | 04/16/15 | J | | |
| 1064. | | | | | Sold (part) | 06/03/15 | J | | |
| 1065. | | | | | Sold (part) | 06/16/15 | J | | |
| 1066. | | | | | Sold (part) | 06/23/15 | J | | |
| 1067. | | | | | Sold (part) | 07/28/15 | J | | |
| 1068. | | | | | Sold (part) | 07/29/15 | J | | |
| 1069. | | | | | Sold (part) | 09/09/15 | J | | |
| 1070. | | | | | Sold (part) | 10/15/15 | J | | |
| 1071. | | | | | Sold (part) | 11/25/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. University Utah University Revs municipal bds | C | Interest | M | T | | | | | |
| 1073. Acacia Conservation Fund LP (private equity) | | None | P1 | W | | | | | |
| 1074. Caravel Fund (Onshore) LP (private equity) | | None | P1 | W | | | | | |
| 1075. Compass DRR Mexico F1-2 Limited (private equity) | | None | N | W | | | | | |
| 1076. Frontegra MFG Global Equity Fd Inst (FMGEX) mutual fd | E | Dividend | P1 | T | Buy (add'l) | 12/18/15 | K | | |
| 1077. Independent Franchise Partners US Equity (IFPUX) mutual fd | G | Dividend | P1 | T | Sold (part) | 08/10/15 | O | G | |
| 1078. | | | | | Buy (add'l) | 12/18/15 | L | | |
| 1079. Innovation works Development Fd II, LP (private equity) | | None | O | U | Buy (add'l) | 02/26/15 | L | | |
| 1080. | | | | | Buy (add'l) | 07/13/15 | L | | |
| 1081. Kensixo Associates LP (private equity) | | None | P1 | U | | | | | |
| 1082. Lone Star Fund VIII (US) LP (private equity) | G | Distribution | P1 | U | Buy (add'l) | 01/21/15 | M | | |
| 1083. | | | | | Buy (add'l) | 02/05/15 | K | | |
| 1084. | | | | | Buy (add'l) | 04/01/15 | M | | |
| 1085. | | | | | Buy (add'l) | 09/09/15 | K | | |
| 1086. | | | | | Buy (add'l) | 11/12/15 | K | | |
| 1087. Marathon Global Fd International Eq (private equity) | B | Distribution | P1 | U | Sold (part) | 01/21/15 | J | | See Part VIII |
| 1088. | | | | | Sold (part) | 02/18/15 | J | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. | | | | | Sold (part) | 03/18/15 | J | A | |
| 1090. | | | | | Sold (part) | 04/15/15 | J | A | |
| 1091. | | | | | Sold (part) | 05/20/15 | J | A | |
| 1092. | | | | | Sold (part) | 06/17/15 | J | A | |
| 1093. | | | | | Sold (part) | 07/15/15 | J | A | |
| 1094. | | | | | Sold (part) | 08/19/15 | J | A | |
| 1095. | | | | | Sold (part) | 09/16/15 | J | | See Part VIII |
| 1096. | | | | | Sold (part) | 10/21/15 | J | A | |
| 1097. | | | | | Sold (part) | 11/18/15 | J | A | |
| 1098. | | | | | Sold (part) | 12/16/15 | J | A | |
| 1099. RNPF Co Invest LLC (private equity) | | None | M | U | Sold (part) | 01/08/15 | J | | |
| 1100. RP Holdings Fund II, LLC (private equity) | G | Distribution | M | U | | | | | |
| 1101. Velos Partners Fund I LP (private equity) | | None | M | U | Buy (add'l) | 02/26/15 | K | | |
| 1102. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 1103. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 1104. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 1105. Charlotte, NC municipal bds | A | Interest | | | Matured | 07/01/15 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. Connecticut St municipal bds | A | Interest | | | Sold | 04/01/15 | M | B | |
| 1107. Illinois St Toll Hwy municipal bds | C | Interest | | | Sold | 11/10/15 | M | | See Part VIII |
| 1108. Morehead St Univ KY municipal bds | D | Interest | M | T | | | | | |
| 1109. New Albany Floyd Cnty IND Sch Bldg municipal bds | A | Interest | | | Sold | 04/02/15 | L | B | |
| 1110. Pennsylvania St municipal bds | A | Interest | | | Sold | 02/02/15 | M | A | |
| 1111. Stratford CT municipal bds | D | Interest | M | T | | | | | |
| 1112. TX Transn Commn St Hwy Fd municipal bds | D | Interest | M | T | | | | | |
| 1113. Artemis Real Est Partnrs Fd II LP (private eq | G | Distribution | N | U | Buy (add'l) | 03/04/15 | L | | |
| 1114. | | | | | Buy (add'l) | 04/13/15 | J | | |
| 1115. | | | | | Buy (add'l) | 06/11/15 | K | | |
| 1116. | | | | | Buy (add'l) | 07/24/15 | L | | |
| 1117. | | | | | Buy (add'l) | 08/19/15 | K | | |
| 1118. | | | | | Buy (add'l) | 12/29/15 | M | | |
| 1119. Kildare European Partners I, LP (private eq) | G | Distribution | P1 | U | Buy (add'l) | 05/18/15 | L | | |
| 1120. | | | | | Buy (add'l) | 05/21/15 | L | | |
| 1121. | | | | | Buy (add'l) | 06/01/15 | K | | |
| 1122. | | | | | Buy (add'l) | 06/30/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. | | | | | Buy (add'l) | 07/14/15 | L | | |
| 1124. | | | | | Buy (add'l) | 09/08/15 | N | | |
| 1125. | | | | | Buy (add'l) | 09/25/15 | M | | |
| 1126. Lone Star Real Estate Fund III (US), LP (private eq) | G | Distribution | P1 | U | Buy (add'l) | 05/07/15 | K | | |
| 1127. | | | | | Buy (add'l) | 05/26/15 | M | | |
| 1128. | | | | | Buy (add'l) | 07/31/15 | L | | |
| 1129. | | | | | Buy (add'l) | 09/02/15 | M | | |
| 1130. | | | | | Buy (add'l) | 10/06/15 | K | | |
| 1131. | | | | | Buy (add'l) | 11/03/15 | M | | |
| 1132. | | | | | Buy (add'l) | 12/01/15 | K | | |
| 1133. MP Fund I LP (private eq) | | None | M | U | Buy (add'l) | 12/08/15 | M | | |
| 1134. Neurophage Pharmls Inc Series D pfd stock (closely held) | | None | K | T | Buy (add'l) | 04/30/15 | J | | |
| 1135. Orion European Real Estate Fd IV CV (private eq) | G | Distribution | O | U | Buy (add'l) | 02/11/15 | L | | |
| 1136. | | | | | Buy (add'l) | 04/29/15 | M | | |
| 1137. Barclays Bank, bank account (cash account) | | None | K | T | | | | | |
| 1138. Bookhost Inc Simple Agreement for Future Equity rts in pfd stock | | None | K | W | | | | | |
| 1139. Local Morots Inc Ser B-1 pfd (closely held) (x) | | None | N | T | Buy | 11/30/15 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. Neurophage Pharmls Inc Ser E pfd (closely held) (x) | | None | J | T | Buy | 12/21/15 | J | | |
| 1141. CourtScribes Inc Ser A prim pfd (Delaware Corp) (x) | | None | K | T | Buy | 05/18/15 | K | | |
| 1142. Glidewell Ltd Ser B pfd Stock (x) | | None | J | T | Buy | 06/12/15 | J | | |
| 1143. Instinct Hlth Science Seed-1 pfd (closely held) (y) | | | J | W | | | | | See Part VIII |
| 1144. Instinct Hlth Science Seed-2 pfd (closely held) (y) | | None | J | W | | | | | See Part VIII |
| 1145. Blackivy LLC (private eq) (x) | | None | N | W | Buy | 02/06/15 | N | | |
| 1146. Catlelake IV LP (private eq) (x) | | None | M | U | Buy | 12/09/15 | N | | |
| 1147. | | | | | Distributed (part) | 12/31/15 | M | | |
| 1148. CL IV Inc LLC (private eq) (x) | | None | M | U | Spinoff (from line 1146) | 12/31/15 | M | | |
| 1149. Coastal Force Invt in Real Estate LP (private eq) (x) | | None | P1 | U | Buy | 07/02/15 | P1 | | |
| 1150. Lime Rock Partners VII LP (private eq) (x) | | None | N | U | Buy | 12/24/15 | N | | |
| 1151. Lone Star IX (US), LP (private eq) (x) | D | Distribution | N | U | Buy | 07/14/15 | L | | |
| 1152. | | | | | Buy (add'l) | 08/19/15 | K | | |
| 1153. | | | | | Buy (add'l) | 08/31/15 | M | | |
| 1154. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 1155. | | | | | Buy (add'l) | 11/12/15 | K | | |
| 1156. | | | | | Buy (add'l) | 11/30/15 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 72 of 75

Name of Person Reporting

**SARIS, PATTI B.**

Date of Report

05/13/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. Longpoint Realty Partners LP CL B (private eq) (x) | | None | P1 | U | Buy | 08/18/15 | P1 | | |
| 1158. Forsyth Cnty GA municipal bds (x) | B | Interest | M | T | Buy | 04/17/15 | M | | |
| 1159. Forsyth Cnty GA Sch Dist municipal bds (x) | C | Interest | M | T | Buy | 05/20/15 | M | | |
| 1160. King Cnty WA Sch Dist municipal bds (x) | C | Interest | M | T | Buy | 03/12/15 | M | | |
| 1161. Maryland St municipal bds (x) | A | Interest | M | T | Buy | 07/02/15 | M | | |
| 1162. | | | | | Buy (add'l) | 12/01/15 | L | | |
| 1163. Waseca MN Indpt Sch Dist municipal bds (x) | | None | M | T | Buy | 12/11/15 | M | | |
| 1164. Franklin IND Cmonty Sch Bldg municipal bds (x) | | None | L | T | Buy | 09/25/15 | L | | |
| 1165. Pasadena, TX municipal bds (x) | | None | M | T | Buy | 12/18/15 | M | | |
| 1166. IRA Rollover # 2 (x) | | | L | T | | | | | |
| 1167. - Federated Govt Obli Fed cash equiv (x) | | None | K | T | Buy | 11/12/15 | M | | |
| 1168. | | | | | Sold (part) | 11/17/15 | K | | |
| 1169. | | | | | Sold (part) | 12/18/15 | K | | |
| 1170. - Vanguard Tot Wld Stk Ind-inv (VTWSX) mutual fd (x) | A | Dividend | K | T | Buy | 11/17/15 | K | | |
| 1171. | | | | | Buy (add'l) | 12/18/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Postions -

A. Reference is made to Trust #3 and Trust #4 of which J. Saris is a co-trustee. NOTE: All asssets have been separately reported on the FDR and properly disclosed.


Part VII. Investments and Trusts -

A. Items listed on calendar year 2014 Financial Disclosure Report (FDR) and excluded for calendar year 2015 do no meet the aggregate income, or aggregate value levels outlined in the Financial Disclosure Report Filing Instructions for Judicial Officers and Employees (said instructions referencing Sections 102(a)(3) and 102(a)(1)(B)).


B. 2015 FDR, Part VII, notations -

Item    3: T A Conference LLC - the valuation code in column C has properly been changed to J.
Item    9: Kensico Offshore Fd Ltd LP - the partial redemption of this private equity properly reports no gain or loss.
Item   48: NB Equity Income Fd Ins - there was no reportable gain on the sale.
Item   49: Oak Ridge Small Cap Growth Fd Y - there was no reportable gain on the sale.
Item  109: MFB Northern Trust Co Funds muni mm - the daily detail activity was not available at filing. The asset value in column C(1) reflect the actual 12/31/2015 value. There was no reportable change from 12/31/2014.
Item  121: NJ Dev Auth municipal bds - there was no reportable gain at maturity.
Item  158:: TA Investors LP - this fund liquidated its assets and receipt of cash has been reorted in column B. There was no gain realized. The asset will be removed on 2016 FDR.
Item  159: Wavemark Inc Ser A pfd stock - Wavemark was acquired by Cardinal Health in 2013. This entry reflects the final cash distribution in column B. There was no reportable capital gain. Also see item 500.
Item  443: Van Eck Intl Invest Gold A -the full sale resulted in no reportable gain.
Item  466: Ptolemy Finance LLC - 'Open' has been used to report the receipt of this asset from Trust # 30, item 988.
Item  500: Wavemark Inc Ser B pfd stock - Wavemark was acquired by Cardinal Health in 2013. This entry reflects the final cash distribution in column B. There was no reportable capital gain. Same as item 159.
Item  501: Meridia Capital LP - the valuation code in column C has properly been changed to K.
Item  517: MECM Associates LLC - the LLC being items 518 through 532 is an asset of Trust # 29 - the LLC's assets, values and activity will continue to be separately stated here.
Item  519: Baupost Value Partners LP II - the partial redemption of this private equity properly reports no gain or loss.
Item  559: Vanguard Dividend Appre - this asset was converted to Vanguard Dvd Apprec Ind-adm fund (VDADX). This was a non-taxable event. Also see items 576, 918, 992 & 1047.
Item  560: Vanguard Dvd Appre Ind-adm fund (VDADX) - see above item 559 and respective items 577, 993 & 1048.
Item  561: Vanguard Emergin Markets - this asset was converted to Vanguard Emerg Mkts Stock Indx-adm (VEMAX). This was a non-taxaable event. Also see items 578, 994 & 1049.
Item  562: Vanguard Emerg Mkts Stock Indx-adm - see above item 561 and respective items 579, 995, & 1050.
Item  576: See item 559.
Item  577: See item 560.
Item  578: See item 561.
Item  579: See item 562.
Item  587: RBC Dominion Securities Inc - All assets held in this securities account were sold during 2015. Column D has properly been left blank.
Item  618: Int in MECM Associates II LLC - See FDR items 898 through 919 for assets, values and activity of the LLC.
Item  761: Williams Partners LP, PTP - this asset was formerly known as Access Midstream Partners. Access was acquired by Williams Partners LP and its name was changed to Williams Partners LP.
Item  764: DCP Midstream Partners LP - there was no reportable gain on the sale.
Item  791: Plains All American Pipeline LP - there was no reportable gain on the sale.
Item  792: Regency Energy Partners LP - there was no reportable gain on the sale.
Item  800: Targa Resources Partners LP - there was no reportable gain on the sale.
Item  811: MFB Northern Funds Mun money mkt - the daily detail activity was not available at filing. The asset value in column C(1) reflects the actual 12/31/2015 value. A buy has been reported as of 12/31/2015 to show the increase in holdings from 12/31/2014.
Item  831 & 832: Falcon Edge Global LP - the partial redemptions of this private equity properly report no gain or loss.
Item  835: Aberdeen Emerg Mkts Inst - there was no reportable gain on the sale of this asset.
Item  837: Enlink Midstream Partners LP - there was no reportable gain on the sale of this asset.
Item  840 & 841: Oneok Inc, com - there was no reportable gain on the two sales of this asset.
Item  848 & 849: Plains GP Holdings LP: There was no reportable gain on the two sales of this asset.
Item  854: Connecticut St municipal bds - there was no gain on the sale of this asset.
Item  855: Illinois St Toll Hwy Auth municipal bds - there was no gain on the sale of this asset.
Item  859: Pennsylvania St municipal bds - there was no gain on the sale.
Item  886: Columbia Pipeline Group Inc - there was no gain on the sale of this asset.
Item  899: Baupost Value Partners LP II - the partial redemption of this private equity properly reports no gain or loss.
Item  918: See item 559.
Item  919: See item 560.
Item  984: MECM Assoc LLC - see items 517 through 532 for the assets and activity of this LLC.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item 988: See item 466.

Item 990: Mecm Assoc II LLC - see items 898 through 919 for the assets and actifity of this LLC.

Item 992: See item 559.

Item 993: See item 560.

Item 994: See item 561.

Item 995: See item 562.

Item 1042: Glidewell Ltd conv note - this item has been reported as distributed on 6/12/2015 due to the purchase of Series E pfd stock. See item 1142.

Item 1047: See item 559.

Item 1048: See item 560.

Item 1049: See item 561.

Item 1050: See item 562.

Item 1087, 1088, & 1095 properly report no gain from the sale of Marathon Glocal Fd International Eq as reported by the private equity.

Item 1099: RNPF Co Invest LLC - the partial sale of this private equity properly reports no gain or loss.

Item 1107: Illinois St Toll Hwy municipal bds - there was no reportable gain on the sale of this asset.

Item 1143 & 1144: Instinct Hlth Science Seed-1 pfd & Seed-2 pfd - these assets were previously excluded and now meet the filing requirements for 2015.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ PATTI B. SARIS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544